Jay Earl Smith, Esq.
Nevada Bar No. 1182
Katie M. Weber, Esq.
Nevada Bar No. 11736
SMITH LARSEN & WIXOM
Hills Center Business Park
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel:  (702) 252-5002
Fax: (702) 252-5006
Email: jes@slwlaw.com
       kw@slwlaw.com
Attorneys for Defendants
JPMorgan Chase Bank, N.A., individually
and as an acquirer of certain assets and liabilities of
Washington Mutual Bank, FA from the FDIC,
acting as receiver, and California Reconveyance
Company

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HANH NGUYEN, | ) CASE NO.   2:11-cv-01799-LRH-RJJ |
|              | ) |
| Plaintiff,   | ) |
|              | ) |
| v.           | ) **CORPORATE DISCLOSURE** |
|              | ) **STATEMENT AND CERTIFICATE AS** |
| WASHINGTON MUTUAL, BANK N.A.; | ) **TO INTERESTED PARTIES OF** |
| JPMORGAN CHASE BANK, N.A.; | ) **DEFENDANTS JPMORGAN CHASE** |
| CALIFORNIA RECONVEYANCE | ) **BANK, N.A. AND CALIFORNIA** |
| COMPANY; and DOE individuals 1 to 100, | ) **RECONVEYANCE COMPANY (FED. R.** |
| inclusive; and ROE corporations 1 to 30, | ) **CIV. P. 7.1 AND LR 7.1-1)** |
| inclusive, | ) |
|            | ) |
| Defendants. | ) |

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.1-1, the undersigned, counsel of record for Defendants JPMorgan Chase Bank, N.A., individually and as an acquirer of certain assets and liabilities of Washington Mutual Bank, FA from the FDIC, acting as receiver ("Chase"), and

California Reconveyance Company ("CRC"), certifies to the best of the undersigned's knowledge that the following may have an interest in the outcome of this case: JPMorgan Chase & Co., as a parent organization of Chase and CRC.

These representations are made to enable judges of the Court to evaluate possible disqualification or recusal.

DATED this ___ day of November, 2011.

SMITH LARSEN & WIXOM

_____
Jay Earl Smith, Esq.
Nevada Bar No. 1182
Katie M. Weber, Esq.
Nevada Bar No. 11736
1935 Village Center Circle
Las Vegas, Nevada 89134
Attorneys for Defendants
JPMorgan Chase Bank, N.A., individually
and as an acquirer of certain assets and liabilities of
Washington Mutual Bank, FA from the FDIC,
acting as receiver, and California Reconveyance
Company

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18 day of November, a true copy of the foregoing **Corporate Disclosure Statement and Certificate as to Interested Parties of Defendants JPMorgan Chase, N.A. and California Reconveyance Company (Fed. R. Civ. P. 7.1 and LR 7.1-1)** was filed electronically via the court's CM/ECF system and served by mail, postage prepaid, to the following:

Hanh Nguyen
2131 E. Camero Ave.
Las Vegas, NV 89123
Plaintiff in Pro Per

_____
an employee of Smith Larsen & Wixom

3