Hanh Nguyen
2131 E. Camero Ave.
Las Vegas, NV. 89123
702-752-8382

Plaintiff: in pro se

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Hanh Nguyen

    Plaintiff,

vs.

Name: Washington Mutual, Bank N.A; JP Morgan Chase Bank, N.A California Reconveyance Company; AND DOES, individuals 1 to 100, Inclusive; and ROES. Corporations 1 to 30, Inclusive;

    Defendants

Case No. **2:11-cv-01799-LRH -RJJ**
Dept. No.

**MOTION FOR LEAVE OF COURT TO ALLOW PLAINTIFF TO AMEND COMPLAINT**

    Plaintiff Hanh Nguyen herby file a Motion for leave of the Court, for permission to allow me to amend my complaint, without prejudice, by eschewing the federal questions, for the purpose of remand back to the state court, the forum of my original choice.

1    I feel an amended complaint is valid because of the lack
2 of case law in the controversy and because of the sensitivity
3 and precedence of my state questions and argument.

## MEMORANDUM OF POINTS AND AUTHORITIES

The motion is exercised pursuant to Federal Rule 15(a) and LR 15-1.

On October 19, 2011 I filed my complaint in the Eight Judicial Court for the State of Nevada, the forum of my choice.

On November 8, 2011 the defendants filed a motion to remove the complaint from the State court to Federal court under the premise of 28 U.S.C. § 1331 (federal question) and 28 U.S.C. § 1332 (diversity).

In response to the Petition of Removal by the Defendants I filed a Motion to Remand on November 28, 2011 under the premise of absentation doctrine and "accidence of residence".

Through the course of my research I have been un-able to discover any state decisions in the context of the Defendant(s) legitimate authority to foreclose against my home ((¶ 3,5,8-11,13,14,17,24,25,30,31,(general allegations) and (cause of action #1-#3,#9,#10)), the Defendant(s) legitimate form of consideration for exchange ((¶ 4,5,11,12,25 (general allegations) and (cause of action #1,#2,#4)), the Defendants fraud based upon a flawed foreclosure process ((¶ 8-12,14,17,29,30 (general allegations)) and the Defendant(s) fraud and neglect in the origination and processing of the deed of trust in controversy ((¶ 4-20,24,25,27,29,30,31 (general allegations)(cause of action #1-4,#8)).

## CONCLUSION

The rules provide that "leave to amend shall be freely given when justice so requires" Fed.R.CIV.P. 15(a). And given the amendment is proposed prior to any trial or discovery and more than twenty one days have passed since the complaint was originally served then leave of the court is humbly requested.

Based on the foregoing, I respectfully request this Court to allow a leave and grant me permission to amend my complaint, and direct the clerk to file the attached First Amended Complaint as follows.

Dated this 27th day of December, 2011

By: _____
Hanh Nguyen
2131 E. Camero Ave.
Las Vegas NV.89123

## ACKNOWLEGEMENT

Subscribed and sworn to before me this __27Th__ day of __December__ 2011.

Signed: _____

NOTARY PUBLIC
STATE OF NEVADA
County of Clark
EARL JAMES GRAHAM
No: 05-100768-1
My Appointment Expires Oct. 27, 2013

NOTERY PUBLIC in and for the County of Clark, State of Nevada.