Hanh Nguyen
2131 E. Camero Ave.
Las Vegas, NV. 89123
702-752-8382

Plaintiff: in pro se

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Hanh Nguyen

    Plaintiff,

vs.

Name: Washington Mutual, Bank N.A; JP Morgan Chase Bank, N.A California Reconveyance Company; AND DOES, individuals 1 to 100, Inclusive; and ROES. Corporations 1 to 30, Inclusive;

    Defendants

Case No. **2:11-cv-01799-LRH -RJJ**
Dept. No.

**MOTION FOR (30) THIRTY DAY CONTINUANCE TO AMEND AND FILE COMPLAINT**

### INTRODUCTION

1. In response to the Court's order denying my motion to remand I herby motion to the court to allow a thirty day

(30) continuance for purposes of re-organizing my litigation strategy and amended complaint.

2.  I now understand that there is no convenience or allowance by the court in the determination of remand under the fundamental of removing the federal question(s). Therefore the existing amended complaint serves no purpose or advantage to my litigation.

3.  I must also request a leave of the court as I prosecute with my limited legal and financial resources. Specifically an allowance to the ten day (10) deadline mentioned in the Order denying the Motion to Remand.

## CONCLUSION

Since my complaint will be heard in federal court, it makes no sense to attempt (as I tried) to remove the federal question(s) from the original complaint. It is my intention to fully prosecute this argument to the best of my ability. When the defendant(s) removed the case to federal court I needed to learn more about the federal judicial system and the theory necessary to prosecute and support my complaint. Please allow this motion in the spirit of justice and understanding. I am committed to correctly engaging this argument now and going into the future at pace and standard consistent with the court.

```
                                    Dated this 1st day of June, 2012

                                    By: _____

                                        Hanh Nguyen
                                        2131 E. Camero Ave.
                                        Las Vegas NV. 89123
```

**ACKNOWLEGEMENT**

Subscribed and sworn to before me this _____/_____ day of ___June___ 2012.

Signed: _____

JEROMY W. MORRIS
Notary Public State of Nevada
No. 07-3781-1
My Appt. Exp. June 7, 2015

NOTERY PUBLIC in and for the County of Clark, State of Nevada.