Kent F. Larsen, Esq.
Nevada Bar No. 3463
Katie M. Weber, Esq.
Nevada Bar No. 11736
SMITH LARSEN & WIXOM
Hills Center Business Park
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel:  (702) 252-5002
Fax:  (702) 252-5006
Email: kfl@slwlaw.com
       kw@slwlaw.com
Attorneys for Defendants
JPMorgan Chase Bank, N.A., individually
and as an acquirer of certain assets and liabilities of
Washington Mutual Bank, FA from the FDIC,
acting as receiver, and California Reconveyance
Company

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HANH NGUYEN, | CASE NO.   2:11-cv-01799-LRH-RJJ |
| Plaintiff, | |
| v. | |
| WASHINGTON MUTUAL, BANK N.A.; JPMORGAN CHASE BANK, N.A.; CALIFORNIA RECONVEYANCE COMPANY; and DOE individuals 1 to 100, inclusive; and ROE corporations 1 to 30, inclusive, | **DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR (30) THIRTY DAY CONTINUANCE TO AMEND AND FILE COMPLAINT** |
| Defendants. | |

Defendants JPMorgan Chase Bank, N.A., individually and as an acquirer of certain assets and liabilities of Washington Mutual Bank, F.A. from the Federal Deposit Insurance Corporation, acting as receiver, and California Reconveyance Company (collectively, "Defendants"), by and through their counsel, Smith Larsen & Wixom, hereby file their response (the "Response") to

Plaintiff's Motion for Thirty Day Continuance to Amend and File Complaint (the "Motion for Continuance").

This Response is supported by the following Memorandum of Points and Authorities, the record herein, and any argument the Court may consider at a hearing hereon.

### MEMORANDUM OF POINTS AND AUTHORITIES

### I.  ARGUMENT

Preliminarily, Defendants do not have any objection to Plaintiff's request for an extension of time to file her amended complaint. However, to the extent Plaintiff seeks leave via her Motion for Continuance to revise her complaint, yet again, prior to filing, Defendants oppose any such request. Pursuant to Local Rule 15-1(a), any request to file an amended pleading must be accompanied by a copy of the proposed amended pleading. Because Plaintiff has failed to attach any proposed amended complaint to her Motion for Continuance, any request therein to further amend the operative complaint in this matter is procedurally improper, and should be denied. Moreover, her failure to submit a proposed amended complaint has prejudiced the Defendants, as they do not have an opportunity to contest the filing of the amended complaint on the basis of, for example, futility or bad faith.

. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .

## II.  CONCLUSION

In short, for all of the foregoing reasons, while Defendants do not object to the requested extension of time to file the amended complaint, Defendants do strenuously oppose any attempt by Plaintiff to file a complaint which differs from the proposed amended complaint submitted by Plaintiff on December 27, 2011.

DATED this 18 day of June, 2012.

SMITH LARSEN & WIXOM

Kent F. Larsen, Esq.
Nevada Bar No. 3463
Katie M. Weber, Esq.
Nevada Bar No. 11736
1935 Village Center Circle
Las Vegas, Nevada 89134
Attorneys for Defendants
JPMorgan Chase Bank, N.A., individually
and as an acquirer of certain assets and liabilities of
Washington Mutual Bank, FA from the FDIC,
acting as receiver, and California Reconveyance
Company

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of June, 2012, a true copy of the foregoing **Defendants' Response to Plaintiff's Motion for (30) Thirty Day Continuance to Amend and File Complaint** was filed electronically via the court's CM/ECF system and served by mail, postage prepaid, to the following:

Hanh Nguyen
2131 E. Camero Ave.
Las Vegas, NV   89123
Plaintiff in Pro Per

_Cheryl J Martinez_
an employee of Smith Larsen & Wixom

4