Hanh Nguyen, Plaintiff *pro se*
2131 E. Camero Avenue
Las Vegas, NV 89123
702-752-8382



2012 SEP 11  P 12: 59

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| HANH NGUYEN, | Case No.: 2:11-cv-01799-LRH-RJJ |
| Plaintiff, | |
| v. | |
| | **PLAINTIFF'S MOTION TO EXTEND** |
| WASHINGTON MUTUAL, BANK N.A., | **TIME FOR REPLY - FRCP 6(b)** |
| *et al.,* | |
| Defendants. | |

I received my service copy of "DEFENDANTS' OPPOSITION TO

PLAINTIFF'S MOTION TO STRIKE."[1]  The same docket # informs me "Replies due

by 9/1/2012."  Because "9/1/2012" was Saturday, a day this court is closed, and on the

Labor Day weekend, I intended to file my Reply Tuesday, September 4th. I had

prepared my Reply and a Request for Judicial Notice and asked a friend to file them

with the court since she was going downtown anyway.  I just now discovered my

friend mistakenly filed only my Request for Judicial Notice.[2]

FRCP 6(b)(1)(B) expressly allows motions for late filings for excusable neglect.

I do not make this Motion for any improper purpose whatsoever.  This extension is

needed only so the court will accept this late filing.  I do not see how any prejudice

to Defendants or their attorneys could result from this Motion being allowed.

1 *See* Docket #21
2 Docket #22

Page 1 - PLAINTIFF'S MOTION TO EXTEND TIME FOR REPLY

## RELIEF REQUESTED

This court's order or other allowance according to FRCP 6(b)(1)(B) to allow
and accept this late filing and service of my Reply.   I do not wish for oral argument
on this matter.

I expressly reserve the right to amend or supplement this Motion if I believe
it is needed.  I also reserve my right to have the court construe this paper according
to FRCP 1 and 8(e) and all other applicable law.

*Submitted with all rights reserved on September 11, 2012*

*Hanh Nguyen, Plaintiff pro se*

*I mailed a true copy to Defendants' attorneys*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED:   _____September 13, 2012_____

Page 2 - PLAINTIFF'S MOTION TO EXTEND TIME FOR REPLY