UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| HANH NGUYEN, ) | |
| ) | |
| Plaintiff, ) | 2:11-cv-1799-LRH-RJJ |
| ) | |
| vs. ) | |
| ) | |
| WASHINGTON MUTUAL BANK ) | O R D E R |
| N.A., *et al.*, ) | |
| ) | |
| Defendant, ) | |

This matter is before the court on Plaintiff's Motion to Strike (#20).

The Court having reviewed the Motion (#20); the Response (#21) and the Reply (#24) and good cause appearing therefore,

IT IS HEREBY ORDERED that Plaintiff's Motion to Strike (#20) is **DENIED**.

DATED this 26th day of September, 2012.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge