UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| HANH NGUYEN, | ) | 2:11–cv-01799-LRH-RJJ |
| | ) | |
| Plaintiff, | ) | **MINUTE ORDER** |
| v. | ) | |
| | ) | |
| WASHINGTON MUTUAL BANK, NA; *et al.*, | ) | December 11, 2012 |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:     THE HONORABLE LARRY R. HICKS, U.S. DISTRICT JUDGE

DEPUTY CLERK:     NONE APPEARING          REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's Request to Extend Time to File Amended Complaint - FRCP 6(b) (#29[1]).  Good cause appearing,

Plaintiff's Request to Extend Time to File Amended Complaint - FRCP 6(b) (#29) is **GRANTED**. Plaintiff shall have to and until Monday, December 24, 2012, by which to file and serve his amended complaint.  **NO FURTHER EXTENSIONS WILL BE GRANTED**.

LANCE S. WILSON, CLERK

By:          /s/

Deputy Clerk

---

[1]Refers to court's docket number.