Kent F. Larsen, Esq.
Nevada Bar No. 3463
Katie M. Weber, Esq.
Nevada Bar No. 11736
SMITH LARSEN & WIXOM
Hills Center Business Park
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel:  (702) 252-5002
Fax:  (702) 252-5006
Email: kfl@slwlaw.com
       kw@slwlaw.com
Attorneys for Defendants
JPMorgan Chase Bank, N.A., individually
and as an acquirer of certain assets and liabilities of
Washington Mutual Bank, FA from the FDIC,
acting as receiver, and California Reconveyance
Company

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HANH NGUYEN, | ) CASE NO.   2:11-cv-01799-LRH-NJK |
| Plaintiff, | ) |
| v. | ) |
| WASHINGTON MUTUAL, BANK N.A.; JPMORGAN CHASE BANK, N.A.; CALIFORNIA RECONVEYANCE COMPANY; and DOE individuals 1 to 100, inclusive; and ROE corporations 1 to 30, inclusive, | ) **DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO AMEND COMPLAINT (DOCKET NO. 32)** |
| Defendants. | ) |

Defendants JPMorgan Chase Bank, N.A., individually and as an acquirer of certain assets and liabilities of Washington Mutual Bank, F.A. from the Federal Deposit Insurance Corporation, acting as receiver, and California Reconveyance Company (collectively, "Defendants"), by and through their counsel, Smith Larsen & Wixom, hereby file their response (the "Response") to

Plaintiff's Motion to Amend Complaint (Docket No. 32) (the "Motion to Amend" or "Motion").

This Response is supported by the following Memorandum of Points and Authorities, the record herein, and any argument the Court may consider at a hearing hereon.

## MEMORANDUM OF POINTS AND AUTHORITIES

Defendants do not oppose Plaintiff's request to file the proposed Second Amended Complaint for Declaratory Judgment (the "Amended Complaint") attached to her Motion, so long as the same then becomes the operative complaint herein so as to allow the case to move forward. Notably, this latest Motion to Amend constitutes the <u>fifth</u> time that Plaintiff has sought leave to amend the complaint since this action was filed over a year ago. (*See* Docket Nos. 10, 16, 18, and 29.) Defendants should not be forced to wait patiently while Plaintiff tries to decide which claims she intends to assert against them. It is well past time for this case to proceed past the initial pleading stage, as it appears Plaintiff is filing amended pleading after amended pleading merely as a delay tactic. Accordingly, to the extent the Motion is granted, Defendants respectfully submit that Plaintiff should not be allowed any further amendments at least until Defendants are afforded an opportunity to file a responsive pleading.

DATED this 10 day of January, 2013.

SMITH LARSEN & WIXOM

Kent F. Larsen, Esq.
Nevada Bar No. 3463
Katie M. Weber, Esq.
Nevada Bar No. 11736
1935 Village Center Circle
Las Vegas, Nevada 89134
Attorneys for Defendants
JPMorgan Chase Bank, N.A., individually
and as an acquirer of certain assets and liabilities of
Washington Mutual Bank, FA from the FDIC,
acting as receiver, and California Reconveyance
Company

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 10 day of January, 2013, a true copy of the foregoing **Defendants' Response to Plaintiff's Motion to Amend Complaint (Docket No. 32)** was filed electronically via the court's CM/ECF system and served by mail, postage prepaid, to the following:

Hanh Nguyen
2131 E. Camero Ave.
Las Vegas, NV   89123
Plaintiff in Pro Per

_____
an employee of Smith Larsen & Wixom