Kent F. Larsen, Esq.
Nevada Bar No. 3463
Katie M. Weber, Esq.
Nevada Bar No. 11736
SMITH LARSEN & WIXOM
Hills Center Business Park
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel:    (702) 252-5002
Fax:    (702) 252-5006
Email: kfl@slwlaw.com
         kw@slwlaw.com
Attorneys for Defendants
JPMorgan Chase Bank, N.A., individually
and as an acquirer of certain assets and liabilities of
Washington Mutual Bank, FA from the FDIC,
acting as receiver, and California Reconveyance
Company

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HANH NGUYEN, | ) CASE NO.  2:11-cv-01799-LRH-RJJ |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| WASHINGTON MUTUAL, BANK N.A.; | ) **DEFENDANTS' OBJECTION TO** |
| JPMORGAN CHASE BANK, N.A.; | ) **PLAINTIFF'S REQUEST FOR** |
| CALIFORNIA RECONVEYANCE | ) **JUDICIAL NOTICE (DOCKET NO. 33)** |
| COMPANY; and DOE individuals 1 to 100, | ) |
| inclusive; and ROE corporations 1 to 30, | ) |
| inclusive, | ) |
| | ) |
| Defendants. | ) |

Defendants JPMorgan Chase Bank, N.A., individually and as an acquirer of certain assets

and liabilities of Washington Mutual Bank, F.A. from the Federal Deposit Insurance

Corporation, acting as receiver ("Chase"), and California Reconveyance Company ("CRC")

(collectively, "Defendants"), by and through their undersigned counsel, hereby lodge their

objection ("Objection") to Plaintiff Hanh Nguyen's ("Plaintiff") Request for Judicial Notice – FRE 201 (Docket No. 33) (the "RJN"). Defendants' Objection is supported by the following memorandum of points and authorities, the record herein, and any argument the Court may hear on this matter.

## MEMORANDUM OF POINTS AND AUTHORITIES

Defendants object to Plaintiff's RJN because the request lacks any context or relevance to the instant proceeding, and, at the very least, appears to be premature. Plaintiff requests that the Court take judicial notice of a recent Nevada Supreme Court decision, *Edelstein v. Bank of New York Mellon*, _____ Nev. _____, 286 P.3d 249 (2012). The *Edelstein* decision relates to a petition for judicial review filed under Nevada's Foreclosure Mediation Program ("FMP"). Here, Plaintiff has not alleged that she ever participated in the FMP, and she has not raised any claims herein relating to the program. Indeed, the latest proposed version of her Complaint contains only a single claim for declaratory relief under 28 U.S.C. § 2201, a federal claim that is wholly unrelated to Nevada's FMP. (*See* Plaintiff's Motion to Amend Complaint, Docket No. 32, at pp. 7-9.)

Moreover, the RJN is premature in this action because it does not coincide with any pending substantive motion. Procedurally, it is unknown at this stage of the litigation what Plaintiff's claims are, given that she has filed multiple requests to amend her complaint, the latest of which has not yet been ruled upon by the Court. (*See* Docket Nos. 10, 16, 18, 20, and 32.)

. . .

. . .

. . .

SMITH LARSEN & WIXOM

A T T O R N E Y S
HILLS CENTER BUSINESS PARK
1935 VILLAGE CENTER CIRCLE
LAS VEGAS, NEVADA 89134
TEL (702) 252-5002 • FAX (702) 252-5006

For all of the foregoing reasons, Defendants respectfully request that the RJN be summarily denied.

DATED this 14 day of January, 2013.

SMITH LARSEN & WIXOM

Kent F. Larsen, Esq.
Nevada Bar No. 3463
Katie M. Weber, Esq.
Nevada Bar No. 11736
1935 Village Center Circle
Las Vegas, Nevada 89134
Attorneys for Defendants
JPMorgan Chase Bank, N.A., individually
and as an acquirer of certain assets and liabilities of
Washington Mutual Bank, FA from the FDIC,
acting as receiver, and California Reconveyance
Company

3

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 14 day of January, 2013, a true copy of the foregoing **Defendants' Objection to Plaintiff's Request for Judicial Notice (Docket No. 33)** was filed electronically via the court's CM/ECF system and served by mail, postage prepaid, to the following:

> Hanh Nguyen
> 2131 E. Camero Ave.
> Las Vegas, NV 89123
> Plaintiff in Pro Per

an employee of Smith Larsen & Wixom

4