Kent F. Larsen, Esq.
Nevada Bar No. 3463
Katie M. Weber, Esq.
Nevada Bar No. 11736
SMITH LARSEN & WIXOM
Hills Center Business Park
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel:    (702) 252-5002
Fax:    (702) 252-5006
Email: kfl@slwlaw.com
        kw@slwlaw.com
Attorneys for Defendants
JPMorgan Chase Bank, N.A., individually
and as an acquirer of certain assets and liabilities of
Washington Mutual Bank, FA from the FDIC,
acting as receiver, and California Reconveyance
Company

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HANH NGUYEN, | ) CASE NO.   2:11-cv-01799-LRH-RJJ |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| WASHINGTON MUTUAL, BANK N.A.; | ) **DEFENDANTS' OBJECTION TO** |
| JPMORGAN CHASE BANK, N.A.; | ) **PLAINTIFF'S REQUEST FOR** |
| CALIFORNIA RECONVEYANCE | ) **JUDICIAL NOTICE (DOCKET NO. 37)** |
| COMPANY; and DOE individuals 1 to 100, | ) |
| inclusive; and ROE corporations 1 to 30, | ) |
| inclusive, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

Defendants JPMorgan Chase Bank, N.A., individually and as an acquirer of certain assets

and liabilities of Washington Mutual Bank, F.A. from the Federal Deposit Insurance

Corporation, acting as receiver ("Chase"), and California Reconveyance Company ("CRC")

(collectively, "Defendants"), by and through their undersigned counsel, hereby lodge their

objection ("Objection") to Plaintiff Hanh Nguyen's ("Plaintiff") Request for Judicial Notice – FRE 201 (Docket No. 27) (the "RJN").  Defendants' Objection is supported by the following memorandum of points and authorities, the record herein, and any argument the Court may hear on this matter.

## MEMORANDUM OF POINTS AND AUTHORITIES

Defendants object to Plaintiff's RJN because the request lacks any context or relevance to the instant proceeding, and, at the very least, appears to be premature.  Plaintiff requests that the Court take judicial notice of a recent Michigan Supreme Court decision, *Kim v. JPMorgan Chase Bank, N.A.*  The *Kim* decision relates to the interpretation and application of a Michigan statute, MCL 600.3204, with respect to Chase's acquisition of certain assets of Washington Mutual Bank, FA, a failed bank, from the Federal Deposit Insurance Corporation, acting as receiver.  Because we are not in Michigan, MCL 600.3204 has no application here, and the *Kim* decision is wholly irrelevant to this action.

Moreover, even if, assuming for the sake of argument only, the *Kim* decision did have any relevance here, the RJN is premature because it does not coincide with any pending substantive motion.  Procedurally, it is unknown at this stage of the litigation what Plaintiff's claims are, given that she has filed multiple requests to amend her complaint, the latest of which has not yet been ruled upon by the Court.  (*See* Docket Nos. 10, 16, 18, 20, and 32.)  It is, therefore, unclear what Plaintiff's purpose is in asking the Court to take judicial notice at this time.

. . .

. . .

SMITH LARSEN & WIXOM

ATTORNEYS

HILLS CENTER BUSINESS PARK
1935 VILLAGE CENTER CIRCLE
LAS VEGAS, NEVADA 89134
TEL (702) 252-5002 • FAX (702) 252-5006

SMITH LARSEN & WIXOM

ATTORNEYS
HILLS CENTER BUSINESS PARK
1935 VILLAGE CENTER CIRCLE
LAS VEGAS, NEVADA 89134
TEL (702) 252-5002 • FAX (702) 252-5006

1

2
    For all of the foregoing reasons, Defendants respectfully request that the RJN be

3
summarily denied.

4
                DATED this ___ day of February, 2013.

5
                SMITH LARSEN & WIXOM

6

7
                Kent F. Larsen, Esq.

8
                Nevada Bar No. 3463
                Katie M. Weber, Esq.

9
                Nevada Bar No. 11736
                1935 Village Center Circle

10
                Las Vegas, Nevada 89134
                Attorneys for Defendants

11
                JPMorgan Chase Bank, N.A., individually

12
                and as an acquirer of certain assets and liabilities of
                Washington Mutual Bank, FA from the FDIC,

13
                acting as receiver, and California Reconveyance
                Company

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

SMITH LARSEN & WIXOM
ATTORNEYS
HILLS CENTER BUSINESS PARK
1935 VILLAGE CENTER CIRCLE
LAS VEGAS, NEVADA 89134
TEL. (702) 252-5002 • FAX (702) 252-5006

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this $\underline{4}$ day of February, 2013, a true copy of the foregoing **Defendants' Objection to Plaintiff's Request for Judicial Notice (Docket No. 37)** was filed electronically via the court's CM/ECF system and served by mail, postage prepaid, to the following:

> Hanh Nguyen
> 2131 E. Camero Ave.
> Las Vegas, NV 89123
> Plaintiff in Pro Per

_(signature)_

an employee of Smith Larsen & Wixom

4