# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HANH NGUYEN, | ) |
| | ) CASE NO.   2:11-cv-01799-LRH-NJK |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| WASHINGTON MUTUAL, BANK, N.A.; JP MORGAN CHASE BANK, N.A.; and CALIFORNIA RECONVEYANCE COMPANY, | ) **ORDER EXPUNGING LIS PENDENS** |
| | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |

The Court, having considered the Motion to Expunge Lis Pendens filed by Defendants JPMorgan Chase Bank, N.A., individually and as an acquirer of certain assets and liabilities of Washington Mutual Bank, FA ("WaMu") from the FDIC, acting as receiver ("Chase"), and California Reconveyance Company ("CRC") (collectively, "Defendants"), and good cause appearing therefore,

IT IS HEREBY ORDERED that the Lis Pendens recorded by Plaintiff Hanh Nguyen ("Plaintiff") on October 19, 2011, in the Official Records of the Clark County, Nevada Recorder,

1

as Document No. 201110190001557, a copy of which is attached hereto as Exhibit 1, is hereby expunged and fully discharged, and is of no further force and effect for any purpose; and

    IT IS FURTHER ORDERED that the real property located at 2131 E. Camero Avenue, Las Vegas, Nevada 89123 (APN 177-4-611-039), which was the subject of the above-captioned action, is fully exonerated from the referenced Lis Pendens.

    IT IS SO ORDERED:

    DATED this 19th day of August, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

# EXHIBIT A



**RECORDING COVER PAGE**

Inst #: 201110190001557
Fees: $16.00
N/C Fee: $0.00
10/19/2011 12:50:56 PM
Receipt #: 951293
Requestor:
HANH NGUYEN
Recorded By: DHG   Pgs: 3
**DEBBIE CONWAY**
**CLARK COUNTY RECORDER**

Must be typed or printed clearly in black ink only.

APN# 172-14-611-039

11 digit Assessor's Parcel Number may be obtained at:
http://redrock.co.clark.nv.us/assrrealprop/ownr.aspx

**TITLE OF DOCUMENT   (DO NOT Abbreviate)**

LIS PENDENS

Title of the Document on cover page must be EXACTLY as it appears on the first page of the document to be recorded.

**Recording requested by:**

Hanh Nguyen

**Return to:**

Name   Hanh Nguyen
Address   2131 E. Camero Ave
City/State/Zip   Las Vegas, NV. 89123

This page provides additional information required by NRS 111.312 Sections 1-2.

An additional recording fee of $1.00 will apply.

To print this document properly—do not use page scaling.

P:\Recorder\Forms 12_2010

RECORDING REQUESTED BY: Hanh Nguyen
WHEN RECORDED MAIL TO:

Hanh Nguyen
2131 E. Camero Ave.
Las Vegas, NV. 89123
702-752-8382

Plaintiff: in pro se

FILED
Oct 13  11 57 AM '11

District Court

Clark County, Nevada

|  |  |
|---|---|
| Plaintiff, | Case No. A-11-650162-C |
| Name: Hanh Nguyen | Dept. No. VIII |
| vs. | ~~LIS PENDENS~~ |
| Name: Washington Mutual, Bank N.A; JP Morgan Chase Bank, N.A California Reconveyance Company; ; AND DOES, individuals 1 to 100, Inclusive; and ROES. Corporations 1 to 30, Inclusive; | 1. Unfair Lending Practices-NRS 598 (D)<br>2. Deceptive Trade Practices<br>3. Wrongful Foreclosure<br>4. Conspiracy to Commit Fraud and Conversion<br>5. Inspection And Accounting<br>6. Negligent Infliction of Emotional Distress<br>7. Quiet Title<br>8. Breach of Good Faith and Fair Dealing<br>9. Unjust Enrichment<br>10. Injunctive Relief<br>11. Declaratory Relief<br>12. Rescission |
| Defendants |  |

**TO: ALL INTERESTED PARTIES**

NOTICE IS HEREBY GIVEN pursuant to NRS Chapter 14, NRS 125.220, and NRS Chapter 608, that there is currently legal action pending in the Judicial Court. The action which

(Verified) Complaint - 1

1 affects the Title to a specific parcel of real property and the rights to lawful
2 possession of the same, the property location is:
3       2131 E. Camero Ave. Las Vegas, NV. 89123
4 And of which the legal description is as follows:
5       SPENCER RIDGE-UNIT 1 PLAT BOOK 63 PAGE 37 LOT 39 BLOCK 1/ SEC 14 TWP 22
6       RNG 61;
7       APN# 177-14-611-039
8 **NOTICE IS FURTHER GIVEN that YOU ARE HERBY PROHIBITED AND RESTRAINED FROM;**
9 **transferring, encumbering, selling or otherwise disposing of any portion of said real**
10 **property without the written permission of the court.**
11 Dated this 19TH day of September, 2011.
12
13                                                                 By:
14                                                                 Plaintiff Hanh Nguyen
15                                                                 2131 E. Camero Ave.
16                          **ACKNOWLEGEMENT**                 Las Vegas NV.89123
17 Subscribed and sworn to before me this    19TH    day of September 2011.
18
19 Signed: _____
20                                        CHELSEA RAE ARCE
                                       Notary Public State of Nevada
                                       No. 11-4305-1
                                       My Appt. Exp. June 20, 2015
21 NOTARY PUBLIC in and for the County of Clark, State of Nevada.
22
23
24
25
26
27
28                                                       CERTIFIED COPY
                                                DOCUMENT ATTACHED IS A
                                                TRUE AND CORRECT COPY
                                                OF THE ORIGINAL ON FILE
                                                CLERK OF THE COURT
                     (Verified) Complaint - 2      OCT 19 2011