UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| HANH NGUYEN, | |
| Plaintiff, | 2:11-cv-1799-LRH-NJK |
| v. | |
| WASHINGTON MUTUAL BANK, N.A.; et al., | ORDER |
| Defendants. | |

Before the court is plaintiff Hanh Nguyen's ("Nguyen") motion to reconsider the court's orders of dismissal and judgment (Doc. ##51, 52[1]). Doc. #55. Defendants filed an opposition to the motion (Doc. #56) to which Nguyen replied (Doc. #60).

**I.     Facts and Procedural History**

In September 2007, Nguyen purchased real property through a mortgage note and deed of trust. Eventually, Nguyen defaulted on the mortgage note and defendants initiated non-judicial foreclosure proceedings.

Nguyen filed a complaint against defendants in state court. Doc. #1, Exhibit A. Defendants removed the action to federal court on the basis of diversity jurisdiction. Doc. #1. Subsequently, the defendants filed a motion to dismiss (Doc. #43) which was granted by the court (Doc. #41).

---

[1] Refers to the court's docket entry number.

1 | Thereafter, Nguyen filed the present motion to reconsider. Doc. #55.

**II.     Discussion**

In her motion, Nguyen contends that this court was without jurisdiction to hear this action, and therefore, all of the court's orders were in error. The court disagrees. As addressed at length in the court's order denying her motion to remand (Doc. #7), the exercise of diversity jurisdiction is appropriate in this matter because there is complete diversity between the parties. *See* Doc. #15. Thus, it was not error for the court to exercise jurisdiction in this action and enter its prior orders. Accordingly, the court shall deny her objections and motion for reconsideration.

IT IS THEREFORE ORDERED that plaintiff's motion for reconsideration (Doc. 55) is DENIED.

IT IS SO ORDERED.

DATED this 18th day of October, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2